**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,** | |
| **Plaintiff,** | Case No. 2:14-cv-405 |
| **v.** | |
| **BARNEYS NEW YORK, INC.,** | **LEAD CASE** |
| **Defendant.** | |
| **EDEKKA LLC,** | Case No. 2:14-cv-456 |
| **Plaintiff,** | |
| **v.** | **PATENT CASE** |
| **MASON COMPANIES, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**ORDER OF DISMISSAL OF DEFENDANT
MASON COMPANIES, INC., WITH PREJUDICE**

On this day the Court considered the Agreed Motion to Dismiss Defendant Mason Companies, Inc., with Prejudice (Dkt. No. 67), filed by Plaintiff eDekka LLC ("eDekka"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all causes of action, claims, or counterclaims that were or could have been asserted by eDekka against Mason Companies, Inc., are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 27th day of October, 2014.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE